17-51013 (5th Cir)

FILED
April 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Corey Ray
DEPUTY

1. IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS 501 W. Fifth Street, Suite 1100 Austin, Texas 78701. Art. VI of the United States Constitution prohibits usurpation on the federal bench.

2. Grey Harold Green v. Lorie Davis, USDC No. 1:16-CN-1048 (W.D.Tex. Austin 2016), ~~13-13-00~~ Cause No. 13-83, 644-02, 2015, WL 3454729, at 1 (Tex. Appeal - Corpus Christi 2015) No. 13-13-00418-CR,

3. Cause No. D-1-DC-12-202798, 390th District Court of Travis County, Texas, June 02, 2012, Grand Jury (omitted) unlawfully appropriate, a laptop computer and with intents to deprive Lena Hoffman of her laptop computer, make, model, color, serial number, value, without

Page 1.

Page 2 of 7

the effective consent of Lena Hoffman the owner, intentionally, knowingly, or recklessly caused bodily injury to Lena Hoffman by striking Lena Hoffman with his hand. Cause no. D-1-DC-12-202798, is (void) on its face. June 02, 2012 Travis County Grand Jury (EXONERATION) was FINAL. Texas Constitution Art. 1, §10 (Bill of Rights), Acquittal. U.S. Const. amend. V, VI, XIV. Moreover, Lena Hoffman called Gary Harold Green a "nigger." Facts in the record. State witness Shawnda Joyner "testified" before 12 Jurors. See, Prosecutor(s) Chris Bach and Katie Sweeten, breaking federal law, illegal prosecution, required no objection because Judge Julie Kocurek, was breaking federal laws,

Page 2.

with Public Defender Richard Jones, Cause no. D-1-DC-12-202799 (Facts); Lena Hoffman acknowledged that she did not remember what her attacker looked like and she could not identify him in the Courtroom. USDC No. 1:16-CV-1048 (Judge Sam Sparks and Mark Lane) violated the United States Constitution Sixth Amendment, "in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury." Sullivan v. Lousiana, 508 U.S. 275 (1993); It is a fundamental rule of criminal law and due process that one cannot be convicted of a crime unless it be shown beyond a reasonable doubt that the defendant committed each element

Page 3.

of the alleged offense. (Citing U.S. Const. Amend. XIV; <u>In re Winship, 397 U.S. 358, 364 (1970)</u>; see also Tex. Penal Code Ann. § 2.01 (Vernon 1994); Tex. Code of Crim. Proc. Ann. art. 38.03

The Court acknowledged that the Defendant <u>Gary Harold Green</u> has Mental Health Issue(s) and that he was under Austin Mental Health. <u>Medina v. California, 505 U.S. 437, 439 (1992)</u> ("It is well established that the Due Process Clause of the Fourteenth Amendment prohibits the criminal prosecution of a defendant who is not competent to stand trial"). USDC NO. <u>1:16-CV-1048 (Judge Sam Sparks and Mark Lane)</u> 99 Years "Cruel and Unusual" punishment violated the Eighth Amendment to the United States Constitution; The trial judge <u>Julie Kocurek</u> held

Page 4.

a post-trial hearing Nine-days after she imposed the illegal (99) Years, she acknowledged that Public Defender Richard Jones was not approved to try the (illegal) indictment Cause no. D-1-DC-12-202798. Tumey v. Ohio, 273 U.S. 510, 535 (1927)(Judge was not impartial); USDC No. 1:16-CV-1048 (Sam Sparks and Mark Lane) violated Article VI of the United States Constitution. Moreover, Appellate Counsel Kristen Jernigan was a fraud. App-Corpus Christi is not Travis County, 3rd Court of Appeal June 2013, NOTICE OF APPEAL. Evitts v. Lucey, 469 U.S. 387, 396 (1985)("The Constitutional mandate [guaranteeing effective assistance of counsel] is addressed to the action of

Page 5.

the in obtaining a criminal conviction through a procedure that fails to meet the standards of due process of law."). Chapman v. California, 386 U.S. 18, 23 (1967), we acknowledged that certain constitutional rights are "so basic to a fair trial that their infraction can never be treated as harmless error." Among those rights is the right to the effective assistance of counsel at trial. Id. at 23, n. 8; see Gideon v. Wainwright, 372 U.S. 335 (1963).

## Prayer for Relief

Petitioner respectfully prays that this uphold its Official Oath, and issue an Order, granting immediate release. 17-51013, and Consolidate, No. 1:19-CV-00497

Page 6. See other side

Page 7 of 7

as a right. §1 of April 20, 1871, Ku Klux Klan Act. 42 USC § 9613(g)(2). Congress mandate Collateral estoppel.

Respectfully submitted,
Gary Green

Gary H. Green #18606626
Connally Unit
899 FM 632
Kenedy, Texas 78119

I, declare and verify under penalty of perjury that the foregoing information is true and correct. 28 USC §1746. Executed on April 3, 2023. Gary H. Green.

The clerk will commit fraud on the court, failure to perform your official duties. 18 USC §401(1)(2)(3)

Page 7.