IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GARY HAROLD GREEN,<br>　　PETITIONER, | §<br>§<br>§ | |
| V. | §<br>§ | A-23-CV-409-LY |
| BOBBY LUMPKIN,<br>　　RESPONDENT. | §<br>§<br>§ | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed Petitioner Gary Harold Green's Petition for Writ of *Habeas Corpus*. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Gary Harold Green's Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and a certificate of appealability is **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

SIGNED this the 13th day of April 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE